UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARLA CRUZ-VALLES ,<br><br>Defendant. | CASE NO. 13CR2281-DMS<br><br>**JUDGMENT OF DISMISSAL** |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

    8 USC 1326 (a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 29, 2013

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE